AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 23, 2025 1:23 PM
Lucy H. Carrillo, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| BENJAMIN HERNANDEZ LOMA | ) Case No. Mag. No. 25-00048 RT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 16, 2024 in the county of Hawaii in the District of Hawaii, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

_____
Complainant's signature

HSI Special Agent Douglas Phillips
Printed name and title

Sworn to under oath before me telephonically and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: 01/23/2025

City and state: Honolulu, Hawaii

_____
Rom A. Trader
United States Magistrate Judge

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Douglas Phillips, being duly telephonically sworn, deposes and states as follows:

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I am currently assigned to the HSI Resident Agent in Charge ("RAC") Outer Islands Office which is responsible for investigating a broad scope of violations of Federal law, which include, but are not limited to vulnerabilities in the nation's border, infrastructure, and economic and transportation systems. In the course of my duties, I have investigated, apprehended, and prepared for prosecution cases against persons who have illegally entered the United States which are criminal violations set forth in the Immigration and Nationality Act.

3. The information contained in this affidavit was derived from (1) personal investigative knowledge; (2) information related to me by other law enforcement officers associated with this investigation; and (3) from witnesses with personal knowledge of the events they have told me; (4) and from information obtained from official records and Alien Registration File Number Axxxxxx887. This affidavit summarizes this information but does not attempt to provide each, and every, factual detail discovered during this investigation. The information set forth herein is to establish that probable cause exists to arrest HERNANDEZ LOMA for violation of Title 8, United States Code, Section 1326(a).

4. HERNANDEZ LOMA came to the attention of ICE, HSI pursuant to his arrest by the Hawaii Police Department ("HPD") for Operating a Vehicle under the Influence of an Intoxicant and Driving Without a License.

### Voluntary return and Removals

5. On or about December 3, 2006, HERNANDEZ LOMA, a Mexican citizen, in the United States illegally was apprehended in Dome Valley, Arizona by the United States Border Patrol (USBP) and submitted to a voluntary return to Mexico.

1

6.   On or about March 6, 2009, HERNANDEZ LOMA, was served with an Expedited Order of Removal which ordered HERNANDEZ LOMA be removed from the United States to Mexico. On the same day, HERNANDEZ LOMA was physically removed to Mexico.

7.   On or about April 30, 2011, ICE officers encountered HERNANDEZ LOMA in Salinas, California while he was in custody. *See infra* paragraph 10.

8.   On or about June 28, 2011, HERNANDEZ LOMA was served Form I-294 Warning to Alien Ordered Removed or Deported. HERNANDEZ LOMA was advised, "In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act ("INA"), you are prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of your departure from the United States because you have been previously excluded, deported, or removed from the United States, you have been found to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5)." Proof of service Form I-294 is a signature by HERNANDEZ LOMA.

9.   On June 28, 2011, HERNANDEZ LOMA was physically removed to Mexico as verified by an Immigration Enforcement Agent. Proof of service of Form I-205, Warrant of Deportation, is a right index fingerprint by HERNANDEZ LOMA. A photograph of HERNANDEZ LOMA was also affixed to the Form I-205.

## Criminal History

10.   On August 28, 2008, HERNANDEZ LOMA was arrested by the Salinas Sherriff's Department for Driving Without a License, Failing to Carry Proof of Financial Responsibility, and Failure to Maintain License Plate Lamp. HERNANDEZ LOMA served three days of incarceration.

11.   On April 30, 2011, HERNANDEZ LOMA was arrested by the Salinas Sherriff's Department for Driving Under the Influence of Alcohol, Driving with a Suspended License, and Failure to Carry Proof of Financial Responsibility. HERNANDEZ LOMA was turned over to ICE/ERO on May 3, 2011, for removal proceedings.

2

12. On February 8, 2020, HERNANDEZ LOMA was arrested by the Hawaii Police Department for Operating a Vehicle Under the Influence of an Intoxicant and Driving without a License (DWOL). On April 5, 2020, the charges were nolle prosequi.

13. On May 19, 2020, the Hawaii Police Department arrested HERNANDEZ LOMA for Criminal Contempt of Court. On September 1, 2020, HERNANDEZ LOMA had a scheduled court date but did not appear. This charge was nolle prosequi.

14. On December 16, 2024, HERNANDEZ LOMA was arrested by the Hawaii Police Department for Operating a Vehicle Under the Influence of an Intoxicant, DWOL and Open Liquor Container in Motor Vehicle. On January 17, 2025, HERNANDEZ LOMA was sentenced to a period of time served.

## Fingerprint Confirmation

14. On December 16, 2024, HERNANDEZ LOMA was fingerprinted and through a Department of Homeland Security database, HSI confirmed he was a match for alien Identification Number (Axxxxxx887).

## Alien Registration File

15. On December 16, 2024, a review of a series of documents from HERNANDEZ LOMA's Alien Registration File ("A File") under Alien Registration File Number Axxxxxx887 was conducted. Within the A-file of HERNANDEZ LOMA, there is an executed I-205, Notice of Intent/Decision to Reinstate Prior Order documents. These documents establish HERNANDEZ LOMA was removed from the United States to Mexico on March 6, 2009, at Tucson, Arizona.

16. On December 16, 2024, a search in a United States Citizenship and Immigration Services law enforcement database was conducted and revealed no evidence that HERNANDEZ LOMA was granted permission by the Attorney General of the United States or his successor, the Secretary for Homeland Security for re-application for admission into the United States after his removal on January 20, 2012.

3

## Interview

17.     On December 17, 2024, HSI agents (with the assistance of a Spanish-speaker) conducted a recorded interview of HERNANDEZ LOMA. HERNANDEZ LOMA was advised of his Miranda warnings, which he waived. In sum and substance, HERNANDEZ LOMA stated that he first entered the United States approximately 13 years prior on foot near the Mexico/United States border in the area of California. HERNANDEZ LOMA recalled being removed from the United States on two previous occasions but did not recall his ban from reentering the United States. HERNANDEZ LOMA was shown Immigration forms that documented his previous removals and stated that he recognized the documents and confirmed his signature on them. HERNANDEZ LOMA admitted that on his most recent reentry into the United States he paid a smuggler a $2,500 smuggling fee and reentered the United States unlawfully in the approximate time of 2011 without having received permission from the United States government. Upon successful entry, HERNANDEZ LOMA made his way to Hawaii Island, where he resided until his recent arrest.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

## Conclusion

18. Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant, BENJAMIN HERNANDEZ LOMA, for violating Title 8, United States Code, Section 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

Douglas Phillips
Special Agent
Homeland Security Investigations

This Criminal Complaint and Agent's Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 12:44 p.m. on January 23, 2025.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b)(2)(A) this 23rd day of January 2025.

Rom A. Trader
United States Magistrate Judge